## Malone, Appellant, *v.* Whitner.

OPINION BY WILLIAMS, J., March 9, 1917:

For the reason given in the opinion in Malone, et al., v. Franklin Grocery Co., ante p. 586, the judgment is reversed and a venire facias de novo awarded.

PORTER, J., dissents.